UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK D. KELLEY, JR., | ) | Case No. CV 11-5274 DDP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: _November 22, 2011_

_____
Honorable Dean D. Pregerson
UNITED STATES DISTRICT JUDGE